IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01287-PAB-BNB

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Plaintiff,

v.

KRIS P. JOHNSON,

    Defendant.
_____

### ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday February 8, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **Friday January 22, 2010 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED December 2, 2008.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge