IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 08-cv-01287-PAB-BNB | Date: May 21, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation | Franklin Patterson Brian Kennedy |
| Plaintiff(s), | |
| v. | |
| KRIS P. JOHNSON, | Katrina Skinner |
| Defendant(s). | |

---

### COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:       1:34 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**  **Motion to strike defendant/counterclaim plaintiff's disclosure and endorsement of Jerry S. Ogden, M.S., P. E. pursuant to Fed.R.Civ.P.37 by plaintiff and counterclaim defendant filed 5/5/09 Doc. 27 is denied as stated on the record. Discovery is reopened solely for the purpose to take depositions. Discovery cut-off is extended to July 15, 2009. Plaintiff shall designate rebuttal witness on or before July 15, 2009. Depositions should be taken on or before July 15, 2009. Rule 702 motions shall be filed on or before August 15, 2009.**

Court in Recess       2:09 p.m.       Hearing concluded.       Total time in Court:    00:35

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.