IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  08-cv-01287-PAB- BNB | Date: September 1, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

UNITED OF OMAHA LIFE INSURANCE COMPANY,
a Nebraska corporation

           Plaintiff(s),

v.

KRIS P. JOHNSON,

           Defendant(s).

Brian Kennedy

Katrina Skinner

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:09 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Unopposed motion to modify scheduling order [Doc 34 filed 8/14/09] is granted in part and denied in part as stated on the record.**

**ORDERED:** **A Final Pretrial Conference is set for September 18, 2009 at 8:30 a.m. Proposed pretrial order due on September 11, 2009.**

Court in Recess     9:13 a.m.     Hearing concluded.     Total time in Court:     00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.