IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01287-PAB-BNB

UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

v.

KRIS P. JOHNSON,

Defendant.

_____

**ORDER**
_____

This matter arises on the defendant's **Unopposed Motion to Modify Scheduling Order** [Doc. # 34, filed 8/14/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

DENIED as moot insofar as it seeks to extend the discovery cut-off to allow the deposition of Mr. Hamernick, that deposition having already been concluded;

DENIED as moot insofar as it seeks an extension of time to file Rule 702 motions, all such motions having already been filed; and

GRANTED to extend the date of the final pretrial conference. The final pretrial conference is set to occur on **September 18, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 11,**

**2009**.

       Dated September 1, 2009.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge