IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01287-PAB-BNB

UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

v.

KRIS P. JOHNSON,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed exhibit lists were refused for reasons stated on the record, although the remainder of the final pretrial order was accepted and made an order of the court.

IT IS ORDERED that the parties shall file on or before **September 28, 2009**, revised exhibit lists modified as discussed at the final pretrial conference this morning.

IT IS FURTHER ORDERED that a settlement conference will be held on **October 9, 2009, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **October 2, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the

client will accept or pay in settlement and any other essential terms of a settlement.

Dated September 18, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
