# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: October 15, 2009  
Time: one hour and 26 minutes

**CASE NO.  08-cv-01287-PAB-BNB**

<u>Parties</u>

**UNITED OF OMAHA LIFE INSURANCE COMPANY,**

Plaintiff (s),

vs.

**KRIS P. JOHNSON,**

Defendant (s).

<u>Counsel</u>

Brian Kennedy

Kari Hershey  
Katrina Skinner

## RULE 72 MOTION HEARING

**1:40 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Opening remarks by the Court advising counsel pursuant to the minute order issued on August 25, 2009, it will proceed with cross examination of Dr. Ogden.

Page Two
08-cv-01287-PAB-BNB
October 15, 2009

**Plaintiff's Motion in Limine to Preclude Jerry S. Ogden, M.S., P.E. From Testifying at Trial (Doc #35), filed 8/14/09.**

**1:45 p.m.**     Comments by Mr. Kennedy.

**1:47 p.m.**     Comments by Ms. Hershey.

**1:49 p.m.**     Cross examination of Dr. Jerry Ogden by Mr. Kennedy.

**2:21 p.m.**     Redirect examination by Ms. Hershey.

Witness excused.

**2:31 p.m.**     Argument by Ms. Hershey.

**2:43 p.m.**     Argument by Mr. Kennedy.

**2:47 p.m.**     Rebuttal argument by Ms. Hershey.

Court states its findings and conclusions.

**ORDERED:**   Plaintiff's Motion in Limine to Preclude Jerry S. Ogden, M.S., P.E. From Testifying at Trial (Doc #35), filed 8/14/09 is **GRANTED in PART and DENIED in PART**, as stated on the record.

**3:06 p.m.**     **COURT IN RECESS**

**Total in court time:**        86 minutes

**Hearing concluded**